## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| v. | CRIMINAL NO. 25-172 (CVR) |
| JOSE MANUEL SUAREZ MENDOZA, | VIOLATION: |
| | 8 U.S.C. §§ 1326(a) & (b)(2) |
| Defendant | (ONE COUNT) |

RECEIVED & FILED
CLERK'S OFFICE

APR - 3 2025

US DISTRICT COURT
SAN JUAN, PR

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Re-entry of Removed Alien
### (Title 8, *United States Code*, Sections 1326(a) & (b)(2))

On or about March 24, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### JOSE MANUEL SUAREZ MENDOZA,

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States subsequent to an aggravated felony conviction, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Sections 1326(a) & (b)(2)

W. STEPHEN MULDROW
United States Attorney

Jeniffer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

Carlos J. Romo Aledo
Special Assistant United States Attorney

TRUE BILL.

Foreperson
Dated: April 3, 2025